Rebecca L. Adams
California State Bar No. 300736
radams@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Counsel for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE COURT

| | |
|---|---|
| ASHWANI JAISWAL, § § *Plaintiff,* § § vs. § § DICKEY'S BARBECUE RESTAURANTS, INC., § § *Defendant.* § § § | Case No. 5:23-cv-01921-JGB (SPx) NOTICE OF UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

To the Honorable Court:

Please take notice that this matter will be ruled upon by submission to the Court and no formal hearing is requested to consider the Unopposed Motion to Answer or Otherwise Respond to Plaintiff's Complaint by Defendant Dickey's Barbecue Restaurants, Inc., (the "Motion"). As set forth further in the Motion, this

motion should be granted because it is unopposed, causes no prejudice, and is not made for the purposes of delay.

The Motion is based on this Notice, Memorandum, pleadings on file in this matter, and any other material which may properly come before the Court before or during any hearing on this Motion.

## COMPLIANCE STATEMENT

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 24, 2023.

Dated: October 25, 2023

LYNN PINKER HURST & SCHWEGMANN LLP

By: /s/ *Rebecca L. Adams*_____
Rebecca L. Adams
California Bar No. 300736
radams@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

COUNSEL FOR DEFENDANT
DICKEY'S BARBECUE RESTAURANTS, INC.

# MOTION TO EXTEND TIME TO ANSWER
# OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Dickey's Barbecue Restaurants, Inc.'s ("Dickey's) respectfully moves for an unopposed extension of time for Dickey's to Answer or otherwise respond to Plaintiff's Complaint. On August 23, 2019, Plaintiff filed the instant lawsuit against Dickey's. Plaintiffs served Dickey's on October 6, 2023, making Dickey's deadline to Answer or otherwise respond to the Complaint October 27, 2023. Plaintiff and Dickey's have agreed to a 14-day extension of time for Dickey's to Answer or otherwise respond to the Complaint (until November 10, 2023). This extension is requested to allow the parties time to consider potential alternate avenues of litigating Plaintiff's claims outside of this without the use of additional judicial resources, and the extension is therefore made in good faith, for good cause, and not for dilatory purposes.

Dated: October 25, 2023

LYNN PINKER HURST & SCHWEGMANN LLP

By: /s/ *Rebecca L. Adams*
Rebecca L. Adams
California Bar No. 300736
radams@lynnllp.com
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

COUNSEL FOR DEFENDANT DICKEY'S BARBECUE RESTAURANTS, INC.