Rebecca L. Adams
California State Bar No. 300736
radams@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone
(214) 981-3839 - Facsimile

Counsel for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE COURT

| | |
|---|---|
| ASHWANI JAISWAL, § § *Plaintiff,* § § vs. § § DICKEY'S BARBECUE § RESTAURANTS, INC., § § *Defendant.* § § § § | Case No. 5:23-cv-01921-JGB (SPx) [Proposed] ORDER GRANTING AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Before the Court is the Agreed Motion to Answer or Otherwise Respond to Plaintiff's Complaint by Defendant Dickey's Barbecue Restaurants, Inc., which was filed on November 13, 2023. After reviewing the submission, the Court finds that there is good cause that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Answer or Otherwise respond is extended to December 1, 2023.

SIGNED November _____, 2023.

_____
Jesus G. Bernal
United States District Judge